**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRENDA K. WALTERS**                                                      **PLAINTIFF**

**VS.**                         **CASE NO. 4:15CV00678 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                        **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 31st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE